**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In re:  ., INDEPENDENT BUILDING MAINTENANCE CO        § Case No. 16-08482CAD
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/11/2016. The undersigned trustee was appointed on 03/11/0016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $        40,574.33

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 52.80 |
| Administrative expenses | 63.64 |
| Bank service fees | 501.35 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 39,956.54 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/22/2016 and the deadline for filing governmental claims was 09/07/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,807.43. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,807.43, for a total compensation of $4,807.43[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $316.42 for total expenses of $316.42[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/23/2017                                By: /s/ Deborah Ebner
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

|  | Exhibit A |
|---|---|
|  | Page: 1 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 16-08482CAD | Trustee Name: | (330480) Deborah Ebner |
|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | Date Filed (f) or Converted (c): | 03/11/2016 (f) |
|  |  | § 341(a) Meeting Date: | 04/20/2016 |
| For Period Ending: | 03/23/2017 | Claims Bar Date: | 07/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Checking Account at MB Financial, xxxxxx4769 | 20,030.00 | 32,378.24 |  | 32,378.24 | FA |
| 2  Security deposit for lease of Northbrook property | 540.00 | 540.00 |  | 0.00 | FA |
| 3  A/R 90 days old or less. Face amount = $23244.55. Doubtful/Uncollectible accounts = $0. | 23,244.55 | 23,244.55 |  | 2,620.00 | FA |
| 4  2 telephones, one fax machine, one printer, one copier (business does not utilize computers. Valuation Method: Liquidation | 300.00 | 300.00 |  | 0.00 | FA |
| 5  2003 Dodge Stratus (really a F 1500 Truck) over 120,000 miles very rough condition body rusty and has at least on bullet hole. Valuation Method: | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 6  Goodwill Business has been in business for over 90 years. May be limited good will. Valuation Method: | 0.00 | 0.00 |  | 0.00 | FA |
| 7  Notes Receivable: . Total Face amount - Uncollectable amount = $ - $Workers Compensation Comprehensive General Liability One possible claim by one customer for a broken window (Peak) - may be less than deductible (no claims against any insurer at the present time) | 0.00 | 0.00 |  | 0.00 | FA |
| 8*  ACCOUNTS_RECEIVABLE (u) (See Footnote) | 0.00 | 0.00 |  | 970.00 | FA |
| 9  Office furniture, 3 desks, 2 credenzas, chairs, filing cabinets, printer desk, book shelves | 1,000.00 | 0.00 |  | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

|  | Exhibit A |
|---|---|
|  | Page: 2 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.:  16-08482CAD  
Case Name:  ., INDEPENDENT BUILDING MAINTENANCE CO  

For Period Ending:  03/23/2017

Trustee Name:  (330480) Deborah Ebner  
Date Filed (f) or Converted (c):  03/11/2016 (f)  
§ 341(a) Meeting Date:  04/20/2016  
Claims Bar Date:  07/22/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Federal and State tax refund (u) | 0.00 | 1,250.00 |  | 1,006.09 | FA |
| 11* | ADP Security Deposit (u) (See Footnote) | 3,600.00 | 3,600.00 |  | 3,600.00 | FA |
| 11 | **Assets    Totals    (Excluding unknown values)** | **$50,714.55** | **$63,312.79** |  | **$40,574.33** | **$0.00** |

RE PROP# 8      unscheduled window cleaning receipt from Illinois Department of Public Aid

RE PROP# 11     ADP security deposit returned from vendor.

**Major Activities Affecting Case Closing:**

June 30, 2016 -- Trustee abandoned assets and is in process of collecting accounts receivable.

Initial Projected Date Of Final Report (TFR):     07/31/2018          Current Projected Date Of Final Report (TFR):     07/31/2018

**UST Form 101-7-TFR (5/1/2011)**

| | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| | | | | | | Page: 1 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-08482CAD | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | | | Account #: | ******3000 Checking |
| For Period Ending: | 03/23/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/06/2016 | {1} | MB Financial Bank | payment for assets | 1129-000 | 32,378.24 | | 32,378.24 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.41 | 32,348.83 |
| 06/29/2016 | {3} | Bethany Homes and Methodist Hospital | Account Receivable Account Receivable | 1121-000 | 1,135.00 | | 33,483.83 |
| 06/29/2016 | {3} | Bethany Homes And Methodist Hospital | payment for assets | 1121-000 | 1,185.00 | | 34,668.83 |
| 06/29/2016 | {3} | Bethany Homes And Methodist Hospital | payment for assets | 1121-000 | 300.00 | | 34,968.83 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.04 | 34,917.79 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.41 | 34,869.38 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.01 | 34,814.37 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.93 | 34,764.44 |
| 10/25/2016 | {8} | Illinois Department of Public Aid | collection of AR | 1221-000 | 970.00 | | 35,734.44 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.34 | 35,686.10 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-08482CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | | Account #: | ******3000 Checking |
| For Period Ending: | 03/23/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.60 | 35,631.50 |
| 12/28/2016 | {11} | Automatic Data Processing | security deposit | 1221-000 | 3,600.00 | | 39,231.50 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.28 | 39,180.22 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.10 | 39,120.12 |
| 02/02/2017 | 101 | International Sureties, Ltd | Bond # 016073584 Stopped on 02/21/2017 | 2300-000 | | 63.54 | 39,056.58 |
| 02/10/2017 | {10} | US Department of Treasury | | 1210-000 | 1,006.09 | | 40,062.67 |
| 02/19/2017 | 102 | International Sureties | REISSUE DUE TO PRINTING ERROR | 2300-000 | | 63.64 | 39,999.03 |
| 02/21/2017 | 101 | International Sureties, Ltd | Bond # 016073584 Stopped: check issued on 02/02/2017 | 2300-000 | | -63.54 | 40,062.57 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.23 | 40,009.34 |
| 03/08/2017 | 103 | Department of the Treasury | Changes by IRS to 12/31/16 Form 940 | 5800-000 | | 52.80 | 39,956.54 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                 ! - transaction has not been cleared

Exhibit B
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-08482CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | | Account #: | ******3000 Checking |
| For Period Ending: | 03/23/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 40,574.33 | 617.79 | $39,956.54 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 40,574.33 | 617.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,574.33** | **$617.79** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                                                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-08482CAD | | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | ., INDEPENDENT BUILDING MAINTENANCE CO | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | | | **Account #:** | ******3000 Checking |
| **For Period Ending:** | 03/23/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3000 Checking | $40,574.33 | $617.79 | $39,956.54 |
| | **$40,574.33** | **$617.79** | **$39,956.54** |

UST Form 101-7-TFR (5/1/2011)

Printed:   03/23/2017 6:16 PM  Page: 1

## Exhibit C

## Claims Proposed Distribution Register

### Case: 16-08482CAD ., INDEPENDENT BUILDING MAINTENANCE CO

**Case Balance:** $39,956.54   **Total Proposed Payment:** $39,956.54   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Law Office of Deborah Kanner Ebner | Admin Ch. 7 | $3,720.00 | $3,720.00 | $0.00 | $3,720.00 | $3,720.00 | $36,236.54 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Popowcer Katten | Admin Ch. 7 | $3,213.00 | $3,213.00 | $0.00 | $3,213.00 | $3,213.00 | $33,023.54 |
| | <3310-00 Accountant for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $4,807.43 | $4,807.43 | $0.00 | $4,807.43 | $4,807.43 | $28,216.11 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $316.42 | $316.42 | $0.00 | $316.42 | $316.42 | $27,899.69 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| 3 | Internal Revenue Service | Priority | $10,552.22 | $10,552.22 | $52.80 | $10,499.42 | $10,499.42 | $17,400.27 |
| 7 | SEIU National Industry Pension Fund | Priority | $3,700.13 | $3,700.13 | $0.00 | $3,700.13 | $3,700.13 | $13,700.14 |
| 8P | Illinois Department of Employment Security | Priority | $3,861.84 | $3,861.84 | $0.00 | $3,861.84 | $3,861.84 | $9,838.30 |
| | Alejandro Aguirre | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Ampelio Ramirez | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Cruz Guzman | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Dario Lozano | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |

Printed:   03/23/2017 6:16 PM   Page:   2

## Exhibit C

## Claims Proposed Distribution Register

**Case: 16-08482CAD ., INDEPENDENT BUILDING MAINTENANCE CO**

**Case Balance:**   $39,956.54        **Total Proposed Payment:**   $39,956.54        **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | IDES | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | IL Department of Employment Securit | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Illinois Department of Revenue Bankruptcy Section | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Indiana Department of Revenue | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Internal Revenue Service | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Juan Suarez | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Keith A Gardner | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Keith AH Gardner | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Mark Collins | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Refugio Ruiz | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Richard Bradley | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | SEIU Local 1 | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| | Sixto Mata | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,838.30 |
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | Unsecured | $112.51 | $112.51 | $0.00 | $112.51 | $5.21 | $9,833.09 |

Printed: 03/23/2017 6:16 PM

Page: 3

# Exhibit C

## Claims Proposed Distribution Register

**Case: 16-08482CAD ., INDEPENDENT BUILDING MAINTENANCE CO**

**Case Balance:** $39,956.54    **Total Proposed Payment:** $39,956.54    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | NES Rentals | Unsecured | $540.65 | $540.65 | $0.00 | $540.65 | $25.05 | $9,808.04 |
| 4 | American Express Bank FSBc/o Becket and Lee LLP | Unsecured | $898.94 | $898.94 | $0.00 | $898.94 | $41.66 | $9,766.38 |
| 5 | Travelers Indemnity Companyc/o RMS Bankruptcy Recovery Services | Unsecured | $8,555.38 | $8,555.38 | $0.00 | $8,555.38 | $396.44 | $9,369.94 |
| 6 | SEIU National Industry Pension Fund | Unsecured | $202,206.82 | $202,206.82 | $0.00 | $202,206.82 | $9,369.94 | $0.00 |
| 8U | Illinois Department of Employment Security | Unsecured | $60.00 | $60.00 | $0.00 | $60.00 | $0.00 | $0.00 |
| | **Total for Case:** | **16-08482CAD** | $242,545.34 | $242,545.34 | $52.80 | $242,492.54 | $39,956.54 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-08482CAD
Case Name: INDEPENDENT BUILDING
Trustee Name: Deborah Ebner

**Balance on hand:** $ 39,956.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 39,956.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 4,807.43 | 0.00 | 4,807.43 |
| Trustee, Expenses - Deborah Ebner | 316.42 | 0.00 | 316.42 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 3,720.00 | 0.00 | 3,720.00 |
| Accountant for Trustee, Fees - Popowcer Katten | 3,213.00 | 0.00 | 3,213.00 |

Total to be paid for chapter 7 administrative expenses: $ 12,056.85
Remaining balance: $ 27,899.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 27,899.69

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,114.19 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Internal Revenue Service | 10,552.22 | 52.80 | 10,499.42 |
| 7 | SEIU National Industry Pension Fund | 3,700.13 | 0.00 | 3,700.13 |
| 8P | Illinois Department of Employment Security | 3,861.84 | 0.00 | 3,861.84 |

Total to be paid for priority claims: $ 18,061.39
Remaining balance: $ 9,838.30

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $212,314.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 112.51 | 0.00 | 5.21 |
| 2 | NES Rentals | 540.65 | 0.00 | 25.05 |
| 4 | American Express Bank FSBc/o Becket and Lee LLP | 898.94 | 0.00 | 41.66 |
| 5 | Travelers Indemnity Companyc/o RMS Bankruptcy Recovery Services | 8,555.38 | 0.00 | 396.44 |
| 6 | SEIU National Industry Pension Fund | 202,206.82 | 0.00 | 9,369.94 |

Total to be paid for timely general unsecured claims: $ 9,838.30
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $60.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8U | Illinois Department of Employment Security | 60.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**