# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| INDEPENDENT BUILDING MAINTENANCE CO., | ) | Case No. 16-08482 |
| Debtor. | ) | Honorable Carol A. Doyle |

## CERTIFICATE OF SERVICE

TO:   ALL ECF REGISTRANTS; and by
       First Class Mail to All Parties listed on the Service List

I, Deborah K. Ebner, an attorney, state and certify that copies of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** set for hearing before the Honorable Carol A. Doyle, on **MAY 24, 2017**, at **10:30 a.m.**, in Room 742, of the Dirksen Federal Building, 219 S. Dearborn St, Chicago IL, were caused to be mailed to all parties listed on the attached Service List, by depositing same in a U.S. Post Office Box the 26th day of April 2017, unless notice issued electronically by the Clerk of the Court.

/s/Deborah K. Ebner

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
P.O. Box 929
Glenview IL 60025
(312) 922-3838

**Service List for Independent Building Maintenance**

| | |
|---|---|
| Independent Building Maintenance Co., Inc.<br>790 W. Frontage Road<br>Suite 705<br>Northfield, IL 60093 | David Gallagher<br>UpRight Law<br>79 W. Monroe, 5th Floor<br>Chicago, IL 60603 |
| Patrick S Layng, U.S. Trustee<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | Popowcer Katten<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 |
| Illinois Department of Employment<br>33 S State St., 10th Flr<br>Coll Bkry<br>Chicago, IL 60603 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| SEIU National Industry Pension Fund<br>11 DuPont Circle, NW<br>Suite 900<br>Washington, DC 20036 | NES Rentals<br>8420 W Bryn Mawr Ave<br>Ste 310<br>Chicago, IL 60631 |
| Peoples Gas Light & Coke Company<br>200 East Randolph Street<br>Chicago, IL 60601 | American Express Bank FSBC<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Travelers Indemnity Company<br>P.O. Box 361345<br>Columbus, OH 43236 | Carol Grad<br>7842 Lake Street<br>Morton Grove, IL 60053 |