**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division DIVISION**

In re:  ., INDEPENDENT BUILDING  §   Case No. 16-08482CAD
MAINTENANCE CO                    §
                                  §
                                  §
        Debtor(s)                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,840.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $27,952.49 | Claims Discharged Without Payment: | $192,036.58 |
| Total Expenses of Administration: | $12,621.84 | | |

   3) Total gross receipts of $40,574.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $40,574.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $12,621.84 | $12,621.84 | $12,621.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $18,114.19 | $7,561.97 | $7,614.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $212,374.30 | $212,374.30 | $20,337.72 |
| **TOTAL DISBURSEMENTS** | $0.00 | $243,110.33 | $232,558.11 | $40,574.33 |

4) This case was originally filed under chapter 7 on 03/11/2016. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   09/19/2017            By: /s/ Deborah  Ebner
                                        Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS_RECEIVABLE | 1221-000 | $970.00 |
| ADP Security Deposit | 1221-000 | $3,600.00 |
| A/R 90 days old or less. Face amount = $23244.55. Doubtful/Uncollectible accounts = $0. | 1121-000 | $2,620.00 |
| Federal and State tax refund | 1210-000 | $1,006.09 |
| Checking Account at MB Financial, xxxxxx4769 | 1129-000 | $32,378.24 |
| **TOTAL GROSS RECEIPTS** | | **$40,574.33** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2100-000 | NA | $4,807.43 | $4,807.43 | $4,807.43 |
| Trustee, Expenses - Deborah Ebner | 2200-000 | NA | $316.42 | $316.42 | $316.42 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 3110-000 | NA | $3,720.00 | $3,720.00 | $3,720.00 |
| Accountant for Trustee, Fees - Popowcer Katten | 3310-000 | NA | $3,213.00 | $3,213.00 | $3,213.00 |
| Bond Payments - International Sureties | 2300-000 | NA | $63.64 | $63.64 | $63.64 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $501.35 | $501.35 | $501.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$12,621.84** | **$12,621.84** | **$12,621.84** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | NA | $10,552.22 | $0.00 | $52.80 |
| 7 | SEIU National Industry Pension Fund | 5800-000 | NA | $3,700.13 | $3,700.13 | $3,700.13 |
| 8P | Illinois Department of Employment Security | 5800-000 | NA | $3,861.84 | $3,861.84 | $3,861.84 |
| N/F | Alejandro Aguirre | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Ampelio Ramirez | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Cruz Guzman | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Dario Lozano | 5600-000 | $0.00 | NA | NA | NA |
| N/F | IDES | 5600-000 | $0.00 | NA | NA | NA |
| N/F | IL Department of Employment Securit | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Illinois Department of Revenue Bankruptcy Section | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Indiana Department of Revenue | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Juan Suarez | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Keith A Gardner | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Keith AH Gardner | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Mark Collins | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Refugio Ruiz | 5600-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Richard Bradley | 5600-000 | $0.00 | NA | NA | NA |
| N/F | SEIU Local 1 | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Sixto Mata | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$18,114.19** | **$7,561.97** | **$7,614.77** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | NA | $112.51 | $112.51 | $10.78 |
| 2 | NES Rentals | 7100-000 | NA | $540.65 | $540.65 | $51.79 |
| 4 | American Express Bank FSBc/o Becket and Lee LLP | 7100-000 | NA | $898.94 | $898.94 | $86.11 |
| 5 | Travelers Indemnity Companyc/o RMS Bankruptcy Recovery Services | 7100-000 | NA | $8,555.38 | $8,555.38 | $819.53 |
| 6 | SEIU National Industry Pension Fund | 7100-000 | NA | $202,206.82 | $202,206.82 | $19,369.51 |
| 8U | Illinois Department of Employment Security | 7200-000 | NA | $60.00 | $60.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$212,374.30** | **$212,374.30** | **$20,337.72** |

**UST Form 101-7-TDR ( 10 /1/2010)**

|       | Form 1 | | | Exhibit 8 |
|---|---|---|---|---|
|       | **Individual Estate Property Record and Report** | | | Page: 1 |
|       | **Asset Cases** | | | |

Case No.: 16-08482CAD  
Case Name: ., INDEPENDENT BUILDING MAINTENANCE CO  
For Period Ending: 09/19/2017  

Trustee Name: (330480) Deborah Ebner  
Date Filed (f) or Converted (c): 03/11/2016 (f)  
§ 341(a) Meeting Date: 04/20/2016  
Claims Bar Date: 07/22/2016  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at MB Financial, xxxxxx4769 | 20,030.00 | 32,378.24 | | 32,378.24 | FA |
| 2 | Security deposit for lease of Northbrook property | 540.00 | 540.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $23244.55. Doubtful/Uncollectible accounts = $0. | 23,244.55 | 23,244.55 | | 2,620.00 | FA |
| 4 | 2 telephones, one fax machine, one printer, one copier (business does not utilize computers. Valuation Method: Liquidation | 300.00 | 300.00 | | 0.00 | FA |
| 5 | 2003 Dodge Stratus (really a F 1500 Truck) over 120,000 miles very rough condition body rusty and has at least on bullet hole. Valuation Method: | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 6 | Goodwill Business has been in business for over 90 years. May be limited good will. Valuation Method: | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Notes Receivable: . Total Face amount - Uncollectable amount = $ - $Workers Compensation Comprehensive General Liability One possible claim by one customer for a broken window (Peak) - may be less than deductible (no claims against any insurer at the present time) | 0.00 | 0.00 | | 0.00 | FA |
| 8* | ACCOUNTS_RECEIVABLE (u) (See Footnote) | 0.00 | 0.00 | | 970.00 | FA |
| 9 | Office furniture, 3 desks, 2 credenzas, chairs, filing cabinets, printer desk, book shelves | 1,000.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 16-08482CAD | | Trustee Name: | (330480) Deborah Ebner |
|---|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | | Date Filed (f) or Converted (c): | 03/11/2016 (f) |
| | | | § 341(a) Meeting Date: | 04/20/2016 |
| For Period Ending: | 09/19/2017 | | Claims Bar Date: | 07/22/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Federal and State tax refund (u) | 0.00 | 1,250.00 | | 1,006.09 | FA |
| 11* | ADP Security Deposit (u) (See Footnote) | 3,600.00 | 3,600.00 | | 3,600.00 | FA |
| **11** | **Assets       Totals     (Excluding unknown values)** | **$50,714.55** | **$63,312.79** | | **$40,574.33** | **$0.00** |

RE PROP# 8    unscheduled window cleaning receipt from Illinois Department of Public Aid

RE PROP# 11   ADP security deposit returned from vendor.

**Major Activities Affecting Case Closing:**

6/29/2017 - Supplemental Final Report Filed by Trustee. (IRS returned distribution to Trustee stating that someone had satisfied the obligation and therefore there was no balance due IRS.)

04/21/2017 - Final Report filed

June 30, 2016 -- Trustee abandoned assets and is in process of collecting accounts receivable.

| Initial Projected Date Of Final Report (TFR): | 07/31/2018 | Current Projected Date Of Final Report (TFR): | 07/31/2018 |
|---|---|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-08482CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | | Account #: | ******3000 Checking |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/06/2016 | {1} | MB Financial Bank | payment for assets | 1129-000 | 32,378.24 | | 32,378.24 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.41 | 32,348.83 |
| 06/29/2016 | {3} | Bethany Homes and Methodist Hospital | Account Receivable Account Receivable | 1121-000 | 1,135.00 | | 33,483.83 |
| 06/29/2016 | {3} | Bethany Homes And Methodist Hospital | payment for assets | 1121-000 | 1,185.00 | | 34,668.83 |
| 06/29/2016 | {3} | Bethany Homes And Methodist Hospital | payment for assets | 1121-000 | 300.00 | | 34,968.83 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.04 | 34,917.79 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.41 | 34,869.38 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.01 | 34,814.37 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.93 | 34,764.44 |
| 10/25/2016 | {8} | Illinois Department of Public Aid | collection of AR | 1221-000 | 970.00 | | 35,734.44 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.34 | 35,686.10 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-08482CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | | Account #: | ******3000 Checking |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.60 | 35,631.50 |
| 12/28/2016 | {11} | Automatic Data Processing | security deposit | 1221-000 | 3,600.00 | | 39,231.50 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.28 | 39,180.22 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.10 | 39,120.12 |
| 02/02/2017 | 101 | International Sureties, Ltd | Bond # 016073584 Stopped on 02/21/2017 | 2300-000 | | 63.54 | 39,056.58 |
| 02/10/2017 | {10} | US Department of Treasury | Refund | 1210-000 | 1,006.09 | | 40,062.67 |
| 02/19/2017 | 102 | International Sureties | REISSUE DUE TO PRINTING ERROR | 2300-000 | | 63.64 | 39,999.03 |
| 02/21/2017 | 101 | International Sureties, Ltd | Bond # 016073584 Stopped: check issued on 02/02/2017 | 2300-000 | | -63.54 | 40,062.57 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.23 | 40,009.34 |
| 03/08/2017 | 103 | Department of the Treasury | Changes by IRS to 12/31/16 Form 940 | 5800-000 | | 52.80 | 39,956.54 |
| 05/23/2017 | 104 | Popowcer Katten | Distribution payment - Dividend paid at 100.00% of $3,213.00; Claim # ADMIN; Filed: $3,213.00 | 3310-000 | | 3,213.00 | 36,743.54 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

# Form 2

Exhibit 9<br>Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 16-08482CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | | Account #: | ******3000 Checking |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/23/2017 | 105 | Law Office of Deborah Kanner Ebner | Distribution payment - Dividend paid at 100.00% of $3,720.00; Claim # ADMIN; Filed: $3,720.00 | 3110-000 | | 3,720.00 | 33,023.54 |
| 05/23/2017 | 106 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $4,807.43; Claim # FEE; Filed: $4,807.43 | 2100-000 | | 4,807.43 | 28,216.11 |
| 05/23/2017 | 107 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $316.42; Claim # TE; Filed: $316.42 | 2200-000 | | 316.42 | 27,899.69 |
| 05/23/2017 | 108 | Internal Revenue Service | Distribution payment - Dividend paid at 99.50% of $10,552.22; Claim # 3; Filed: $10,552.22. Check returned by IRS with enclosed letter stating that the liability had been paid and that there is no balance due. Voided on 06/13/2017 | 5800-000 | | 10,499.42 | 17,400.27 |
| 05/23/2017 | 109 | SEIU National Industry Pension Fund | Distribution payment - Dividend paid at 100.00% of $3,700.13; Claim # 7; Filed: $3,700.13 | 5800-000 | | 3,700.13 | 13,700.14 |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 16-08482CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | | Account #: | ******3000 Checking |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/23/2017 | 110 | Illinois Department of Employment Security | Distribution payment - Dividend paid at 100.00% of $3,861.84; Claim # 8P; Filed: $3,861.84 | 5800-000 | | 3,861.84 | 9,838.30 |
| 05/23/2017 | 111 | PEOPLES GAS LIGHT & COKE COMPANY | Distribution payment - Dividend paid at 4.63% of $112.51; Claim # 1; Filed: $112.51 Stopped on 08/30/2017 | 7100-000 | | 5.21 | 9,833.09 |
| 05/23/2017 | 112 | NES Rentals | Distribution payment - Dividend paid at 4.63% of $540.65; Claim # 2; Filed: $540.65 | 7100-000 | | 25.05 | 9,808.04 |
| 05/23/2017 | 113 | American Express Bank FSBc/o Becket and Lee LLP | Distribution payment - Dividend paid at 4.63% of $898.94; Claim # 4; Filed: $898.94 | 7100-000 | | 41.66 | 9,766.38 |
| 05/23/2017 | 114 | Travelers Indemnity Companyc/o RMS Bankruptcy Recovery Services | Distribution payment - Dividend paid at 4.63% of $8,555.38; Claim # 5; Filed: $8,555.38 | 7100-000 | | 396.44 | 9,369.94 |
| 05/23/2017 | 115 | SEIU National Industry Pension Fund | Distribution payment - Dividend paid at 4.63% of $202,206.82; Claim # 6; Filed: $202,206.82 | 7100-000 | | 9,369.94 | 0.00 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 16-08482CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | | Account #: | ******3000 Checking |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/13/2017 | 108 | Internal Revenue Service | Distribution payment - Dividend paid at 99.50% of $10,552.22; Claim # 3; Filed: $10,552.22. Check returned by IRS with enclosed letter stating that the liability had been paid and that there is no balance due. Voided: check issued on 05/23/2017 | 5800-000 | | -10,499.42 | 10,499.42 |
| 06/29/2017 | 116 | PEOPLES GAS LIGHT & COKE COMPANY | Supplemental and final distribution | 7100-000 | | 5.57 | 10,493.85 |
| 06/29/2017 | 117 | NES Rentals | Supplemental and final distribution | 7100-000 | | 26.74 | 10,467.11 |
| 06/29/2017 | 118 | American Express Bank FSBc/o Becket and Lee LLP | Supplemental and final distibution | 7100-000 | | 44.45 | 10,422.66 |
| 06/29/2017 | 119 | Travelers Indemnity Companyc/o RMS Bankruptcy Recovery Services | Supplemental and final distribution | 7100-000 | | 423.09 | 9,999.57 |
| 06/29/2017 | 120 | SEIU National Industry Pension Fund | Supplemental and final distribution | 7100-000 | | 9,999.57 | 0.00 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| Case No.: | 16-08482CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ., INDEPENDENT BUILDING MAINTENANCE CO | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | | Account #: | ******3000 Checking |
| For Period Ending: | 09/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/2017 | 111 | PEOPLES GAS LIGHT & COKE COMPANY | Distribution payment - Dividend paid at 4.63% of $112.51; Claim # 1; Filed: $112.51 Stopped: check issued on 05/23/2017 | 7100-000 | | -5.21 | 5.21 |
| 08/31/2017 | 121 | Clerk of US Bankruptcy Court | Turnover of funds belonging to Peoples GasLight & Coke Co. | 7100-000 | | 5.21 | 0.00 |
| | | | **COLUMN TOTALS** | | 40,574.33 | 40,574.33 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 40,574.33 | 40,574.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,574.33** | **$40,574.33** | |

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)       ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-08482CAD | | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | ., INDEPENDENT BUILDING MAINTENANCE CO | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | | | **Account #:** | ******3000 Checking |
| **For Period Ending:** | 09/19/2017 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3000 Checking | $40,574.33 | $40,574.33 | $0.00 |
| | **$40,574.33** | **$40,574.33** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**